```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 17043
    EARL ROGERS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-1420


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/18/2007 and was confirmed 11/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   6.00%.

     The case was dismissed after confirmation 08/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
DCFS USA LLC               SECURED VEHIC   22060.99        883.82        1197.35
DCFS USA LLC               UNSECURED        5854.90           .00            .00
HSBC AUTO FINANCE          SECURED VEHIC   12750.00        450.27         452.33
HSBC AUTO FINANCE          UNSECURED       23001.35           .00            .00
IL STATE DISBURSEMENT UN   DSO ARREARS     NOT FILED          .00            .00
AMSHER COLLECTION SERVIC   UNSECURED       NOT FILED          .00            .00
BANK OF AMERICA            UNSECURED       NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       12295.98           .00            .00
VERIZON WIRELESS           UNSECURED       NOT FILED          .00            .00
NORANIECE HARRIS           NOTICE ONLY     NOT FILED          .00            .00
LEGAL RESCUES              REIMBURSEMENT      53.00           .00          53.00
PEOPLES GAS                FILED LATE         24.68           .00            .00
LEGAL RESCUES              DEBTOR ATTY     3,500.00                      2,708.83
TOM VAUGHN                 TRUSTEE                                         454.40
DEBTOR REFUND              REFUND                                            .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             6,200.00

PRIORITY                                   53.00
SECURED                                 1,649.68
    INTEREST                            1,334.09
UNSECURED                                    .00
ADMINISTRATIVE                          2,708.83
TRUSTEE COMPENSATION                      454.40
DEBTOR REFUND                                .00
                    ---------------    ---------------
TOTALS              6,200.00            6,200.00


                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17043 EARL ROGERS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/19/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

                                                          PAGE   2
CASE NO. 07 B 17043 EARL ROGERS